| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Elmo L Pasturan** | Social Security number or ITIN **xxx–xx–6121** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marsha L Pasturan** | Social Security number or ITIN **xxx–xx–4247** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | |
| Case number: **16–19705** | | |

# Order of Discharge                                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Elmo L Pasturan                                              Marsha L Pasturan

   If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

May 8, 2020                                          **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                          United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-19705-JBS
Elmo L Pasturan                                                     Chapter 13
Marsha L Pasturan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: agalimba           Page 1 of 2           Date Rcvd: May 08, 2020
                              Form ID: 3180W           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db/jdb       +Elmo L Pasturan,    Marsha L Pasturan,    12325 Shadow Creek Pkwy, Apt 412,
               Pearland, TX 77584-7381
24624943     +Great Lakes Educational Loans,    2401 International Ln.,    Madison, WI 53704-3121
24624948      TCF Bank,    Po Box 1485,    Minneapolis, MN 55480-1485
24729113      US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
24624949     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bncnotice@tomvaughntrustee.com May 09 2020 01:12:51      Tom Vaughn,
               55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
24624939     +EDI: TSYS2.COM May 09 2020 04:58:00      Barclays Bank Delaware,    Po Box 8801,
               Wilmington, DE 19899-8801
24624940     +EDI: WFNNB.COM May 09 2020 04:58:00      Comenity Bank/Carsons,    Po Box 182125,
               Columbus, OH 43218-2125
24624941     +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2020 01:22:19      Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
24624942      E-mail/PDF: DellBKNotifications@resurgent.com May 09 2020 01:23:03      Dell Financial Services,
               Po Box 81577,    Austin, TX 78708
24953836      EDI: Q3G.COM May 09 2020 04:58:00      Department Store National Bank,    c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA 98083-0657
24624945      E-mail/Text: rev.bankruptcy@illinois.gov May 09 2020 01:12:15
               State of Illinois: Department of Revenue,    Po Box 19006,    Springfield, IL 62794
24624944      EDI: IRS.COM May 09 2020 04:58:00      Internal Revenue Service,
               Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
24893122      E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2020 01:21:45
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
24832841     +EDI: MID8.COM May 09 2020 04:58:00      Midland Funding LLC,    PO Box 2011,
               Warren MI 48090-2011
24976174      EDI: PRA.COM May 09 2020 04:58:00      Portfolio Recovery Associates, LLC,
               Successor to BARCLAYS BANK DELAWARE,    (BARCLAYCARD),    POB 41067,    Norfolk, VA 23541
24971588     +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2020 01:21:44
               PYOD, LLC its successors and assigns as assignee,     of FNBM, LLC,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
24624946     +EDI: RMSC.COM May 09 2020 04:58:00      Synchrony Bank/Amazon,    Po Box 965064,
               Orlando, FL 32896-5064
24624947     +EDI: RMSC.COM May 09 2020 04:58:00      Synchrony Bank/Walmart,    Po Box 965064,
               Orlando, FL 32896-5064
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
              Joseph S Davidson    on behalf of Debtor 1 Elmo L Pasturan jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Debtor 2 Marsha L Pasturan jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com

```
District/off: 0752-1           User: agalimba              Page 2 of 2              Date Rcvd: May 08, 2020
                               Form ID: 3180W              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Sandra L. Makowka   on behalf of Creditor   TCF National Bank bankruptcy@cdm.legal
          Tom Vaughn   ecf@tvch13.net, ecfchi@gmail.com
          TOTAL: 5